1

2

3

4

5

6

7

8                            **UNITED STATES DISTRICT COURT**

9                            **EASTERN DISTRICT OF CALIFORNIA**

10

11   ERICA ANDERSEN-SANCHEZ,            )    Case No.: 1:20-cv-1782 JLT
                                         )
12              Plaintiff,               )    ORDER GRANTING PLAINTIFF'S REQUEST
                                         )    FOR AN EXTENSION OF TIME
13        v.                             )
                                         )    (Doc. 15)
14   COMMISSIONER OF SOCIAL SECURITY,    )
                                         )
15              Defendant.               )
                                         )
16   _____ )

17        On August 11, 2021, the parties stipulated for Plaintiff to have an extension of thirty days to

18   file an opening brief.  (Doc. 15.)  Dolly Trompeter, Plaintiff's counsel, asserts the extension of time "is

19   necessary due to several merit briefs during the same week."  (*Id.* at 1-2.)  Notably, the Commissioner

20   does not oppose the requested extension, and it does not appear either party would be prejudiced by

21   the delay.  Accordingly, the Court **ORDERS**:

22        1.    The extension of time is **GRANTED**; and

23        2.    Plaintiff **SHALL** file an opening brief no later than **September 13 2021**.

24

25   IT IS SO ORDERED.

26     Dated:  __**August 12, 2021**__          _____ /s/ **Jennifer L. Thurston**
                                                 CHIEF UNITED STATES MAGISTRATE JUDGE
27

28