UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA ANDERSEN-SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:20-cv-1782 JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR A FURTHER EXTENSION OF TIME<br><br>(Doc. 17) |

On September 8, 2021, the parties stipulated for Plaintiff to have an extension of four days to file an opening brief. (Doc. 17.) Dolly Trompeter, Plaintiff's counsel, asserts the extension of time is necessary due to the number of briefs she has due in the week leading up to the current deadline. (*Id.* at 2.) Notably, the Commissioner does not oppose the requested extension, and it does not appear either party would be prejudiced by the brief delay. Accordingly, the Court **ORDERS**:

1. The request for a further extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief no later than **September 17, 2021**.

IT IS SO ORDERED.

Dated:   **September 9, 2021**          _/s/ Jennifer L. Thurston
CHIEF UNITED STATES MAGISTRATE JUDGE