# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA ANDERSEN-SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:20-cv-1782 JLT<br><br>ORDER GRANTING THE COMMISSIONER'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 20) |

The parties stipulated for the Commissioner to have an extension of time to respond to Plaintiff's brief. (Doc. 20) Counsel for the Commissioner asserts the extension of time is necessary because "this matter will be briefed by an attorney at another regional [Office of the General Counsel], and additional time is necessary "to coordinate the briefing and review." (*Id.* at 2) Plaintiff does not oppose the requested extension, and it does not appear either party would be prejudiced by the delay. Accordingly, the request for a further extension of time is **GRANTED**. The Commissioner **SHALL** file a reesponse no later than **November 17, 2021**.

IT IS SO ORDERED.

　　Dated: **September 21, 2021**　　　　　　　　　 **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE